# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wardlaw, Kim M. | United States Court of Appeals for the Ninth Circuit | 08/09/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge, Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States Court of Appeals for the Ninth Circuit
125 South Grand Avenue, Suite 500
Pasadena, CA 91105

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | �altered |
| 2. | Board Member | �altered |
| 3. | Board Member | �altered |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/09/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/09/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. ROTH IRA | | | | | | | | | |
| 2. CAPITAL GROUP CORE BOND FUND | D | Dividend | O | T | | | | | |
| 3. CAPITAL WORLD GROWTH & INCOME FD | E | Dividend | O | T | | | | | |
| 4. AMERICAN FUNDS NEW PERSPECTIVE FUND | D | Dividend | O | T | Sold (part) | 01/29/15 | J | A | |
| 5. | | | | | Sold (part) | 04/30/15 | J | A | |
| 6. | | | | | Sold (part) | 07/30/15 | J | A | |
| 7. | | | | | Sold (part) | 10/29/15 | J | A | |
| 8. SSGA US GOV MONEY MARKET FUND | | None | J | T | | | | | |
| 9. Schwab Pension Acct (IRA) | | | | | | | | | |
| 10. Abbott Labs Com Stock | A | Dividend | K | T | | | | | |
| 11. Alphabet (formerly Google Inc) Com Stock | | None | K | T | | | | | |
| 12. American Express Com Stock | A | Dividend | K | T | | | | | |
| 13. Apache Corp Com Stock | A | Dividend | | | Sold | 08/24/15 | J | | |
| 14. Apple Corp Com Stock | A | Dividend | K | T | | | | | |
| 15. Berkshire Hathaway | | None | K | T | | | | | |
| 16. BHP Billiton Com Stock | A | Dividend | | | Sold | 12/09/15 | J | B | |
| 17. Blackrock Inc Com Stock | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Boeing Co. | A | Dividend | K | T | | | | | |
| 19.  Celgene Corp | | None | K | T | | | | | |
| 20.  Cerner Corp Com Stock | | None | K | T | | | | | |
| 21.  Chevron Corp Com Stock | B | Dividend | K | T | Buy | 08/24/15 | J | | |
| 22.  Citicorp | A | Dividend | K | T | | | | | |
| 23.  Colgate-Palmolive Com Stock | A | Dividend | K | T | | | | | |
| 24.  Conocophillips Com Stock | B | Dividend | K | T | | | | | |
| 25.  Costco Wholesale Inc. | A | Dividend | K | T | Buy | 12/09/15 | K | | |
| 26.  Cummings Inc. | A | Dividend | K | T | | | | | |
| 27.  Danaher Corp Com Stock | A | Dividend | K | T | | | | | |
| 28.  The Walt Disney Co. Com Stock | A | Dividend | L | T | Sold (part) | 07/28/15 | J | D | |
| 29.  EMC Corp Com Stock | A | Dividend | K | T | | | | | |
| 30.  Ebay Inc. | | None | | | Sold | 10/22/15 | K | C | |
| 31.  GE Com Stock | B | Dividend | K | T | | | | | |
| 32.  Gilead Sciences Inc. | A | Dividend | L | T | | | | | |
| 33.  Holly Frontier Corp | A | Dividend | J | T | | | | | |
| 34.  IBM Com Stock | A | Dividend | | | Sold | 02/17/15 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Intel Corp Com Stock | A | Dividend | K | T | | | | | |
| 36. Intuit Inc | A | Dividend | K | T | | | | | |
| 37. JP Morgan Chase Com Stock | B | Dividend | K | T | | | | | |
| 38. Lowes Companies | A | Dividend | L | T | | | | | |
| 39. Merck & Co Com Stock | B | Dividend | K | T | | | | | |
| 40. Nextera Energy | B | Dividend | K | T | | | | | |
| 41. Nike Inc Com Stock | A | Dividend | K | T | Sold (part) | 09/25/15 | K | D | |
| 42. Novo - Nordisk | A | Dividend | K | T | | | | | |
| 43. Oracle Corp | A | Dividend | K | T | | | | | |
| 44. Paypal Holdings Inc | | None | K | T | Spinoff (from line 30) | 07/20/15 | K | | From Ebay Inc |
| 45. Penske Auto | A | Dividend | K | T | Buy | 09/25/15 | K | | |
| 46. Pepsico Inc Com Stock | B | Dividend | K | T | | | | | |
| 47. Proctor & Gamble Com Stock | A | Dividend | K | T | | | | | |
| 48. Qualcomm Inc. Com Stock | A | Dividend | K | T | | | | | |
| 49. Roche Hldg Ltd | B | Dividend | K | T | | | | | |
| 50. Schlumberger Ltd | A | Dividend | K | T | | | | | |
| 51. Sempra Energy Com Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Target Corp Com Stock | B | Dividend | K | T | | | | | |
| 53. TCP Capital Corp | B | Dividend | J | T | | | | | |
| 54. Union Pacific Corp Com Stock | A | Dividend | K | T | | | | | |
| 55. Verizon Com Stock | B | Dividend | K | T | Buy | 09/25/15 | J | | |
| 56. 1Shares MSCI Index Fund | C | Dividend | M | T | | | | | |
| 57. 1Shares Small Cap Index Fund | B | Dividend | L | T | | | | | |
| 58. Vanguard Emerging Market Fund | B | Dividend | L | T | | | | | |
| 59. CAPITAL TRUST ACCOUNT | | | | | | | | | |
| 60. ABBVIE INC | B | Dividend | K | T | Sold (part) | 10/13/15 | J | A | |
| 61. | | | | | Sold (part) | 10/14/15 | J | A | |
| 62. | | | | | Sold (part) | 10/15/15 | J | A | |
| 63. AIR PRODUCTS & CHEMICALS INC | A | Dividend | | | Sold (part) | 01/29/15 | K | E | |
| 64. | | | | | Sold (part) | 04/20/15 | J | D | |
| 65. | | | | | Sold (part) | 06/23/15 | J | E | |
| 66. | | | | | Sold | 06/24/15 | J | A | |
| 67. ACCENTURE PLC | A | Dividend | K | T | | | | | |
| 68. ACE LTD | B | Dividend | K | T | Sold (part) | 02/02/15 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ALPHABET INC CL A (formerly Google Inc.) | | None | K | T | Donated (part) | 12/02/15 | | | |
| 70. AMERICAN TOWER COPR | A | Dividend | K | T | Sold (part) | 01/28/15 | K | C | |
| 71. | | | | | Sold (part) | 01/29/15 | J | C | |
| 72. AMERISOURCEBERGEN CORP | A | Dividend | L | T | | | | | |
| 73. AON PLC | A | Dividend | K | T | | | | | |
| 74. APPLE INC | B | Dividend | L | T | | | | | |
| 75. ASTRAZENECA PLC ADR | B | Dividend | L | T | Buy | 04/22/15 | J | | |
| 76. | | | | | Buy | 10/19/15 | J | | |
| 77. AUTOMATIC DATA PROCESSING INC | B | Dividend | L | T | Buy | 02/10/15 | J | | |
| 78. AVAGO TECHNOLOGIES LTD | A | Dividend | L | T | Sold (part) | 04/20/15 | K | D | |
| 79. | | | | | Sold (part) | 04/21/15 | J | C | |
| 80. B/E AEROSPACE INC | A | Dividend | | | Sold (part) | 06/23/15 | K | A | |
| 81. | | | | | Sold (part) | 12/09/15 | J | A | |
| 82. | | | | | Sold | 12/10/15 | J | A | |
| 83. BB&T CORP | A | Dividend | | | Sold | 02/12/15 | L | C | |
| 84. BAY AREA TOLL AUTH 06C2 CA VAR 04/01/45 | C | Interest | M | T | | | | | |
| 85. BOEING CO | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BRISTOL-MYERS SQUIBB CO | B | Dividend | J | T | Sold (part) | 06/02/15 | J | C | |
| 87. | | | | | Sold (part) | 06/03/15 | J | B | |
| 88. | | | | | Sold (part) | 06/25/15 | J | D | |
| 89. | | | | | Sold (part) | 08/10/15 | J | C | |
| 90. | | | | | Sold (part) | 08/11/15 | J | D | |
| 91. | | | | | Sold (part) | 08/12/15 | K | E | |
| 92. | | | | | Sold (part) | 08/21/15 | K | E | |
| 93. BROADCOM CORP | A | Dividend | L | T | Buy | 02/12/15 | J | | |
| 94. CA ED FAC UNIV OF SAN FRANCISCO 5.0% 10/01/21 | C | Interest | M | T | | | | | |
| 95. CA HLTH FAC CEDAR-SINAI MED 5.0% 8/15/21 | D | Interest | M | T | | | | | |
| 96. CA HLTH HENRY MAYO NEWHALL MEM HOSP AGM 1 | C | Interest | M | T | | | | | |
| 97. CA INFRA EDB J. PAUL GETTY 15B-1 SIFMA +28BP FRN (MPT) SF 10-01 | A | Interest | M | T | Buy | 01/23/15 | M | | |
| 98. CA PUB WKS REGENTS UIV CA C1 5.0% 03/01/19 | D | Interest | M | T | | | | | |
| 99. CA ST GO NATL 5.0% 06/01/15 | C | Interest | | | Matured | 06/01/15 | M | | |
| 100. CALIFORNIA ST ECON REC 09A 5% 07/01/19 | B | Interest | | | Sold | 03/10/15 | M | D | |
| 101. CA ST ECON REC 09A 5.0% 07/01/20 | C | Interest | M | T | | | | | |
| 102. CA ST GO 5.0% 02/01/20 | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. CA ST JOSEPH HLTH HOSP CA-F AGM 5.25% 07/01/16 | D | Interest | M | T | | | | | |
| 104. CA STWD ADVENTIST HLTH SYSTEMS WEST 15A 5.0% 03-01-26 | A | Interest | M | T | Buy | 06/24/15 | M | | |
| 105. CA STWD ST JOSEPHS HLTH FSA 4.5% 07/01/18 | D | Interest | M | T | | | | | |
| 106. CALIFORNIA ST UNIV REVENUE SER A 5.0% 11/01/17 | B | Interest | | | Sold | 09/04/15 | K | A | |
| 107. CARNIVAL CORP COMMON PAIRED STOCK | A | Dividend | K | T | | | | | |
| 108. CATERPILLAR INC | B | Dividend | K | T | Sold (part) | 02/05/15 | J | A | |
| 109. CERNER CORP | | None | L | T | Buy | 11/18/15 | J | | |
| 110. CHARTER COMMUNICATIONS INC | | None | L | T | | | | | |
| 111. CHEVRON CORP | C | Dividend | L | T | Buy | 02/02/15 | J | | |
| 112. | | | | | Buy | 12/04/15 | J | | |
| 113. | | | | | Sold (part) | 08/17/15 | J | A | |
| 114. | | | | | Sold (part) | 08/18/15 | J | A | |
| 115. CLEARWATER FL WTR/SWR B 5.0% 12/01/18 | D | Interest | M | T | | | | | |
| 116. CME GROUP INC | C | Dividend | L | T | | | | | |
| 117. COCA-COLA CO | A | Dividend | J | T | Buy | 10/20/15 | J | | |
| 118. COLUMBIA PIPELINE GROUP INC | A | Dividend | L | T | Buy | 10/26/15 | K | | |
| 119. | | | | | Buy | 12/02/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy | 12/10/15 | J | | |
| 121. COMCAST CORP CL A (NEW) | B | Dividend | L | T | Donated (part) | 12/02/15 | | | |
| 122. CONOCOPHILLIPS | C | Dividend | K | T | Buy | 01/09/15 | K | | |
| 123. | | | | | Buy | 02/03/15 | J | | |
| 124. | | | | | Buy | 02/04/15 | J | | |
| 125. | | | | | Buy | 08/14/15 | J | | |
| 126. | | | | | Buy | 08/17/15 | K | | |
| 127. | | | | | Sold (part) | 09/24/15 | K | A | |
| 128. | | | | | Sold (part) | 09/25/15 | J | A | |
| 129. | | | | | Sold (part) | 09/28/15 | K | A | |
| 130. | | | | | Sold (part) | 09/29/15 | J | A | |
| 131. CROWN CASTLE INTERNATIONAL CORP | A | Dividend | K | T | Buy | 02/10/15 | J | | |
| 132. | | | | | Buy | 03/27/15 | J | | |
| 133. CVS HEALTH CORPORATION | A | Dividend | K | T | Buy | 10/19/15 | K | | |
| 134. DAIMLER AG ADR | B | Dividend | K | T | Buy | 02/09/15 | J | | |
| 135. | | | | | Sold (part) | 08/17/15 | K | A | |
| 136. DANAHER CORP | A | Dividend | L | T | Donated (part) | 12/02/15 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 01/28/15 | J | C | |
| 138. | | | | | Sold (part) | 01/29/15 | J | D | |
| 139. DELPHI AUTOMOTIVE PLC | A | Dividend | K | T | Sold (part) | 02/12/15 | K | C | |
| 140. DIAGEO PLC SPONSORED ADR | B | Dividend | L | T | Buy | 02/03/15 | K | | |
| 141. | | | | | Buy | 06/23/15 | J | | |
| 142. | | | | | Buy | 06/24/15 | J | | |
| 143. | | | | | Buy | 07/02/15 | J | | |
| 144. | | | | | Buy | 07/06/15 | J | | |
| 145. DISCOVER FINANCIAL SERVICES | A | Dividend | L | T | Buy | 02/04/15 | K | | |
| 146. | | | | | Buy | 02/19/15 | J | | |
| 147. | | | | | Buy | 02/20/15 | J | | |
| 148. | | | | | Buy | 02/23/15 | J | | |
| 149. | | | | | Buy | 02/24/15 | J | | |
| 150. | | | | | Buy | 06/24/15 | J | | |
| 151. DOW CHEMICAL CO | B | Dividend | K | T | | | | | |
| 152. EATON CORP PLC | C | Dividend | L | T | Sold (part) | 01/29/15 | K | C | |
| 153. | | | | | Sold (part) | 01/30/15 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. EMERSON ELECTRIC CO | | None | | | Sold | 01/28/15 | K | D | |
| 155. ENBRIDGE INC US | A | Dividend | J | T | Buy | 01/30/15 | J | | |
| 156. EOG RESOURCES INC | A | Dividend | K | T | | | | | |
| 157. AMERICAN FUNDS EUROPACIFIC GROWTH FUND CL F2 | E | Dividend | P1 | T | Buy | 12/23/15 | L | | |
| 158. EXPRESS SCRIPTS HOLDING CO | | None | L | T | Buy | 10/22/15 | L | | |
| 159. EXXON MOBIL CORP | A | Dividend | K | T | Buy | 09/25/15 | K | | |
| 160. GILEAD SCIENCES INC | A | Dividend | K | T | Buy | 07/01/15 | K | | |
| 161. | | | | | Donated (part) | 12/02/15 | | | |
| 162. GOLDMAN SACHS GROUP INC | B | Dividend | L | T | | | | | |
| 163. GUAM BUS PRIVILEGE TAX 11A 5.0% 01/01/18 | D | Interest | M | T | | | | | |
| 164. HALLIBURTON CO | A | Dividend | K | T | Sold (part) | 01/10/15 | K | A | |
| 165. HEXCEL CORP | A | Dividend | L | T | Buy | 02/09/15 | J | | |
| 166. | | | | | Buy | 02/10/15 | J | | |
| 167. | | | | | Buy | 02/11/15 | J | | |
| 168. HOME DEPOT INC | B | Dividend | K | T | Sold (part) | 05/15/15 | J | C | |
| 169. | | | | | Donated (part) | 12/02/15 | | | |
| 170. IDEX CORP | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  ILLUMINA INC | | None | K | T | Buy | 08/25/15 | J | | |
| 172. | | | | | Buy | 09/02/15 | J | | |
| 173. | | | | | Buy | 11/20/15 | J | | |
| 174.  INCYTE CORP | | None | K | T | Buy | 01/08/15 | J | | |
| 175.  INTERNATIONAL BUSINESS MACHINES CORP | | None | K | T | Buy | 11/25/15 | J | | |
| 176. | | | | | Buy | 11/27/15 | J | | |
| 177.  IRON MOUNTAIN INCORPORATED | C | Dividend | L | T | Buy | 11/20/15 | J | | |
| 178. | | | | | Sold (part) | 02/04/15 | J | C | |
| 179. | | | | | Sold (part) | 02/05/15 | K | D | |
| 180.  IRVINE CA REASSMT DIST 15-2 5.0% 09-02-29 | B | Interest | M | T | Buy | 07/23/15 | M | | |
| 181.  JABIL CIRCUIT INC | A | Dividend | L | T | Buy | 01/29/15 | K | | |
| 182.  JACK HENRY & ASSOC INC | B | Dividend | M | T | | | | | |
| 183.  JPMORGAN CHASE & CO | B | Dividend | L | T | | | | | |
| 184.  LA CO CA MTA SALES TAX REV SR PROP C 13A 5.0% 07-01-20 | C | Interest | M | T | | | | | |
| 185.  LAKE ELSINORE CA PUBLIC FING AUTH LOCAL 5.00% 09/01/2027 | B | Interest | L | T | Buy | 02/26/15 | L | | |
| 186.  LAS VEGAS SANDS CORP | A | Dividend | K | T | Buy | 04/15/15 | J | | |
| 187. | | | | | Buy | 04/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy | 04/17/15 | J | | |
| 189. | | | | | Buy | 06/24/15 | J | | |
| 190. LILLY ELI & CO | A | Dividend | L | T | Buy | 06/26/15 | J | | |
| 191. | | | | | Buy | 07/10/15 | K | | |
| 192. | | | | | Buy | 09/03/15 | K | | |
| 193. | | | | | Buy | 10/12/15 | J | | |
| 194. | | | | | Buy | 10/19/15 | J | | |
| 195. MARSH & MCLENNAN COS INC | B | Dividend | M | T | | | | | |
| 196. MEAD JOHNSON NUTRITION CO - A | A | Dividend | J | T | Buy | 02/05/15 | J | | |
| 197. MEDTRONIC PLC | A | Dividend | L | T | Buy | 01/29/15 | K | | |
| 198. | | | | | Buy | 06/17/15 | J | | |
| 199. | | | | | Buy | 06/19/15 | J | | |
| 200. | | | | | Buy | 06/24/15 | K | | |
| 201. MICROSOFT CORP | B | Dividend | L | T | Buy | 09/03/15 | J | | |
| 202. MONDELEZ INTERNATIONAL INC | A | Dividend | J | T | Buy | 02/05/15 | J | | |
| 203. MONSANTO CO NEW COM | B | Dividend | L | T | Sold (part) | 02/06/15 | J | B | |
| 204. | | | | | Sold (part) | 02/09/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 16 of 42

**Name of Person Reporting**

Wardlaw, Kim M.

**Date of Report**

08/09/2016

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. MOODYS CORP | A | Dividend | K | T | Buy | 03/30/15 | J | | |
| 206. | | | | | Buy | 03/31/15 | J | | |
| 207. | | | | | Buy | 05/15/15 | K | | |
| 208. NATIONAL GRID PLC - SP ADR | A | Dividend | K | T | | | | | |
| 209. NESTLE NAM SPON ADR | | None | L | T | Buy | 10/22/15 | L | | |
| 210. AMERICAN FUNDS NEW WORLD FUND CL F2 | D | Dividend | O | T | Buy | 12/23/15 | J | | |
| 211. NEWELL BRANDS INC | B | Dividend | M | T | | | | | |
| 212. NIELSEN HOLDINGS PLC | A | Dividend | M | T | | | | | |
| 213. NIKE INC CL B | A | Dividend | K | T | Buy | 02/12/15 | J | | |
| 214. | | | | | Donated (part) | 12/02/15 | | | |
| 215. NOBLE ENERGY INC | A | Dividend | | | Sold (part) | 02/05/15 | J | B | |
| 216. | | | | | Sold (part) | 02/06/15 | J | A | |
| 217. | | | | | Sold (part) | 05/14/15 | J | B | |
| 218. | | | | | Sold (part) | 05/15/15 | J | A | |
| 219. | | | | | Sold (part) | 09/09/15 | J | A | |
| 220. | | | | | Sold | 09/25/15 | J | A | |
| 221. NORFOLK SOUTHERN CORP | B | Dividend | L | T | Buy | 08/28/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 17 of 42

Name of Person Reporting

Wardlaw, Kim M.

Date of Report

08/09/2016

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | Sold (part) | 02/06/15 | K | D | |
| 223. NORWEGIAN CRUISE LINE HOLDINGS LTD | | None | K | T | | | | | |
| 224. NOVO NORDISK A/S CL B ADR | A | Dividend | K | T | Donated (part) | 12/02/15 | | | |
| 225. ORACLE CORP | A | Dividend | K | T | Sold (part) | 01/26/15 | J | D | |
| 226. | | | | | Sold (part) | 07/10/15 | J | B | |
| 227. | | | | | Sold (part) | 07/13/15 | J | B | |
| 228. | | | | | Sold (part) | 09/02/15 | J | C | |
| 229. OCCIDENTAL PETROLEUM CORP | | None | K | T | Buy | 09/29/15 | K | | |
| 230. | | | | | Buy | 12/03/15 | J | | |
| 231. OR PROVIDENCE HLTH C SIFMA+100 FRN (MPT) 10-01-22/09-15-18 | B | Interest | M | T | | | | | |
| 232. PACWEST BANCORP | A | Dividend | K | T | Buy | 03/11/15 | J | | |
| 233. | | | | | Buy | 03/12/15 | J | | |
| 234. | | | | | Buy | 03/13/15 | J | | |
| 235. PANERA BREAD CO CL A | | None | L | T | Buy | 05/05/15 | J | | |
| 236. | | | | | Buy | 06/25/15 | K | | |
| 237. | | | | | Buy | 09/29/15 | K | | |
| 238. PASADENA CA COP AMBAC .0% 02-01-20 | | None | L | T | Buy | 12/17/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. PHILIP MORRIS INTERNATIONAL INC | C | Dividend | L | T | Buy | 08/12/15 | J | | |
| 240. | | | | | Buy | 09/09/15 | J | | |
| 241. PFIZER INC | A | Dividend | | | Sold | 10/12/15 | K | D | |
| 242. PNC FINANCIAL SERVICES GROUP INC | B | Dividend | L | T | Buy | 02/17/15 | J | | |
| 243. PRAXAIR INC | B | Dividend | K | T | Buy | 01/28/15 | J | | |
| 244. | | | | | Buy | 09/29/15 | J | | |
| 245. | | | | | Buy | 09/30/15 | K | | |
| 246. | | | | | Sold (part) | 08/17/15 | J | A | |
| 247. | | | | | Sold (part) | 08/18/15 | K | A | |
| 248. PRICELINE GROUP INC/THE | | None | K | T | Buy | 01/26/15 | K | | |
| 249. PROCTOR & GAMBLE CO | B | Dividend | M | T | Buy | 02/13/15 | J | | |
| 250. | | | | | Buy | 08/11/15 | J | | |
| 251. | | | | | Buy | 08/12/15 | J | | |
| 252. | | | | | Buy | 08/15/15 | J | | |
| 253. | | | | | Buy | 09/25/15 | K | | |
| 254. | | | | | Buy | 09/28/15 | J | | |
| 255. QUALCOMM INC | | None | | | Sold | 01/27/15 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. ROSS STORES INC | | None | | | Sold (part) | 02/24/15 | J | C | |
| 257. | | | | | Sold | 02/25/15 | J | B | |
| 258. SAN DIEGO CA REGL AIRPORT A 5.0% 07/01/18 | C | Interest | M | T | | | | | |
| 259. SAN DIEGO CO WTR 5.0% 07/01/16 | C | Interest | M | T | | | | | |
| 260. SAN DIEGO WTR NATL FGIC 5.25% 05/01/17 | D | Interest | M | T | | | | | |
| 261. SAN FRAN ARPT 2ND 06F NATL-FGIC 5.25% 05/01/20 | D | Interest | M | T | | | | | |
| 262. SAN RAMON CA REDEV TAX ALLOC BAM 15A 5.0% 02-01-24 | A | Interest | M | T | Buy | 06/05/15 | M | | |
| 263. SCHLUMBERGER LTD | B | Dividend | L | T | | | | | |
| 264. SCPPA MAGNOLIA PWR 11-A 5.00% 07/01/20 | C | Interest | M | T | | | | | |
| 265. SCPPA MEAD-ADELANTO 12A 5.0% 07/01/18 | D | Interest | M | T | | | | | |
| 266. SCRIPPS NETWORKS INTERACTIVE CL A | A | Dividend | K | T | Sold (part) | 09/22/15 | J | A | |
| 267. | | | | | Sold (part) | 09/23/15 | J | A | |
| 268. SEATTLE GENETICS INC | | None | | | Sold (part) | 01/26/15 | J | B | |
| 269. | | | | | Sold (part) | 01/27/15 | J | C | |
| 270. | | | | | Sold (part) | 01/28/15 | J | B | |
| 271. | | | | | Sold (part) | 01/29/15 | J | B | |
| 272. | | | | | Sold (part) | 01/30/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 02/03/15 | J | B | |
| 274. | | | | | Sold (part) | 02/04/15 | J | C | |
| 275. | | | | | Sold (part) | 02/05/15 | J | C | |
| 276. | | | | | Sold | 02/06/15 | J | B | |
| 277. SIEMENS AG ADR | A | Dividend | K | T | Buy | 02/29/15 | J | | |
| 278. | | | | | Sold (part) | 07/10/15 | J | A | |
| 279. SIRIUS XM HOLDINGS INC | | None | K | T | | | | | |
| 280. SSGA US GOV MONEY MARKET FUND | | None | M | T | | | | | |
| 281. ST JUDE MEDICAL | B | Dividend | L | T | Buy | 01/30/15 | J | | |
| 282. STARBUCKS CORP | A | Dividend | L | T | Buy | 01/28/15 | J | | |
| 283. STATE STREET INSTITUTIONAL TREAS MMKT FD PREM | A | Interest | P2 | T | Buy | 10/15/15 | P2 | | |
| 284. TEXAS INSTRUMENTS INC | B | Dividend | L | T | Sold (part) | 02/13/15 | J | C | |
| 285. TIFFANY & CO NEW | A | Dividend | | | Sold (part) | 04/15/15 | J | C | |
| 286. | | | | | Sold | 04/16/15 | J | A | |
| 287. TIME WARNER CABLE INC | A | Dividend | J | T | Buy | 05/06/15 | J | | |
| 288. TOWERS WATSON & COMPANY CL A | A | Dividend | L | T | Buy | 01/29/15 | K | | |
| 289. | | | | | Buy | 01/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. TUOLUMNE WIND REV CA TURLOCK IRR DT 5.25% 01/01/24 | D | Interest | M | T | | | | | |
| 291. TURLOCK CA IRR DIST 5.0% 01-01-19 | C | Interest | M | T | | | | | |
| 292. UC REGENTS CA LTD PROJ 12G 5.0% 05/15/22 | D | Interest | M | T | | | | | |
| 293. UNILEVER PLC ADR AMER SHS SPON | B | Dividend | L | T | | | | | |
| 294. UNITED TECHNOLOGIES CORP | B | Dividend | L | T | Sold (part) | 05/14/15 | J | C | |
| 295. UNITEDHEALTH GROUP INC | A | Dividend | K | T | Donated (part) | 12/02/15 | | | |
| 296. | | | | | Sold (part) | 02/04/15 | K | D | |
| 297. VERISIGN INC | | None | K | T | Sold (part) | 02/04/15 | J | A | |
| 298. | | | | | Sold (part) | 02/05/15 | J | A | |
| 299. | | | | | Sold (part) | 02/06/15 | J | A | |
| 300. | | | | | Sold (part) | 04/15/15 | J | C | |
| 301. | | | | | Sold (part) | 04/16/15 | J | B | |
| 302. | | | | | Sold (part) | 04/17/15 | J | B | |
| 303. | | | | | Sold (part) | 04/20/15 | J | B | |
| 304. | | | | | Sold (part) | 05/08/15 | J | B | |
| 305. | | | | | Sold (part) | 05/11/15 | K | C | |
| 306. VERIZON COMMUNICATIONS | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. VIACOM INC CLASS B | A | Dividend | J | T | Buy | 01/30/15 | J | | |
| 308. | | | | | Buy | 02/11/15 | J | | |
| 309. | | | | | Sold (part) | 10/16/15 | K | A | |
| 310. VISA INC CL A | A | Dividend | L | T | Buy | 01/29/15 | K | | |
| 311. WASTE CONNECTIONS INC | A | Dividend | L | T | Buy | 02/10/15 | J | | |
| 312. WASTE MANAGEMENT INC | A | Dividend | K | T | Buy | 10/20/15 | J | | |
| 313. | | | | | Buy | 10/21/15 | J | | |
| 314. WELLS FARGO & CO | B | Dividend | L | T | Buy | 02/02/15 | J | | |
| 315. XILINX INC | | None | J | T | Buy | 12/04/15 | J | | |
| 316. YUM BRANDS INC | A | Dividend | K | T | Buy | 04/16/15 | K | | |
| 317. | | | | | Buy | 09/23/15 | J | | |
| 318. | | | | | Buy | 09/24/15 | J | | |
| 319. | | | | | Buy | 10/06/15 | J | | |
| 320. | | | | | Buy | 10/07/15 | J | | |
| 321. Trust #2 (4306) | | | | | | | | | |
| 322. AMERICAN FUNDS DEVELOPING WORLD GROWTH FUND | B | Dividend | L | T | Buy | 03/29/15 | L | | |
| 323. HARBOURVEST 2015 GLOBAL FUND L.P. | | None | J | T | Buy | 07/21/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy | 07/30/15 | J | | |
| 325. CAPITAL GROUP GLOBAL EQUITY FUND | E | Dividend | P1 | T | Sold (part) | 04/30/15 | J | A | |
| 326. | | | | | Sold (part) | 07/14/15 | J | A | |
| 327. | | | | | Sold (part) | 07/20/15 | J | A | |
| 328. | | | | | Sold (part) | 07/30/15 | J | A | |
| 329. | | | | | Sold (part) | 10/29/15 | J | A | |
| 330. CAPITAL GROUP CA CORE MUNICIPAL FUND | D | Dividend | O | T | | | | | |
| 331. CAPITAL GROUP CA SHORT TERM MUNI FUND | C | Dividend | N | T | | | | | |
| 332. CAPITAL GROUP ALTERNATIVE STRATEGIES FUND, LP | | None | O | T | | | | | |
| 333. SSGA US GOV MONEY MARKET FUND | | None | J | T | | | | | |
| 334. MS Brokerage Asset Acct. | | | | | | | | | |
| 335. Alhambra CA Sch Dist 3.0% 08/01/26 | C | Interest | M | T | | | | | |
| 336. Amazon Inc. | | None | J | T | | | | | |
| 337. Aruba Network Service (X) | | None | | | Redeemed | 05/19/15 | L | E | |
| 338. Banning CA Sch Dist. 4.75% 08/01/23 | B | Interest | K | T | | | | | |
| 339. Belmont CA Fing Auth 4.0% 09/01/26 | C | Interest | M | T | | | | | |
| 340. Burbank CA Pub Fling 5.250% 12/01/17 | C | Interest | | | Redeemed | 04/06/15 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Buttonwillow CA Sch Dist 5.5% 11/01/27 | C | Interest | L | T | | | | | |
| 342. CA ST Dept Wtr 5.00% 05/01/21 | C | Interest | L | T | | | | | |
| 343. CA ed FACS 4.250% 10/01/18 | B | Interest | L | T | | | | | |
| 344. CA ST GO 5.0% 08/01/27 | C | Interest | | | Redeemed | 10/08/15 | L | | |
| 345. CA ST GO 4.75% 09/01/28 | B | Interest | L | T | | | | | |
| 346. CA ST GO 3.00% 03/01/29 | C | Interest | M | T | Buy | 03/06/15 | M | | |
| 347. Cal ST Pub Works 5.25% 12/01/26 | D | Interest | M | T | | | | | |
| 348. CA ST Pub Works 5.25% 06/01/20 | C | Interest | L | T | | | | | |
| 349. CA ST Pub Works 4.200% 05/01/19 | C | Interest | M | T | | | | | |
| 350. CA ST Pub Works 5.000% 9/1/29 | D | Interest | M | T | Buy | 08/27/15 | M | | |
| 351. Carmichael CA WTR Dist 5.0% 11/01/25 | B | Interest | L | T | | | | | |
| 352. Chino Hills CA Tax Rev 4.25% 09/01/24 | B | Interest | L | T | | | | | |
| 353. Chula Vista CA Pub Fing 3.875% 09/01/17 | C | Interest | | | Redeemed | 09/01/15 | L | | |
| 354. Chula Vista CA Sch Dist 4.0% 08/01/26 | C | Interest | M | T | | | | | |
| 355. Coachella CA Sch Dist 5.000% 08/01/19 | C | Interest | | | Redeemed | 08/03/15 | L | | |
| 356. Cocrystal Pharma Inc | | None | | | Sold | 12/21/15 | L | D | |
| 357. Colton CA Sch Dist 3.25% 08/01/26 | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. Compton CA WTR Rev 5.625% 08/01/27 | D | Interest | M | T | | | | | |
| 359. Contra Costa CA Community Coll. 4.0% 08/01/28 | C | Interest | L | T | | | | | |
| 360. Cupertino CA CTFS 3.0% 07/01/26 | C | Interest | M | T | | | | | |
| 361. Delano CA Sch Dist 4.000% 02/01/25 | C | Interest | M | T | | | | | |
| 362. Desert CA Cmuty Coll. 5.00% 08/01/23 | B | Interest | | | Redeemed | 08/03/15 | L | | |
| 363. Dublin CA Sch Dist 5.0% 08/01/25 | B | Interest | L | T | | | | | |
| 364. East Side Sch Dist 5.0% 08/01/24 | C | Interest | L | T | | | | | |
| 365. El Monte CA Sch Dist. 5.000% 06/01/22 | C | Interest | M | T | | | | | |
| 366. Escondido CA CTFS 4.250% 09/01/19 | B | Interest | | | Redeemed | 05/26/15 | M | | |
| 367. Fairfield CA Sch. Dist. 4.000% 08/07/27 | C | Interest | L | T | | | | | |
| 368. Fairfield CA Sch Dist. 3.0% 08/01/28 | C | Interest | M | T | | | | | |
| 369. Fontana CA Pub Fing 4.000% 09/01/18 | D | Interest | M | T | | | | | |
| 370. Fremont CA Sch Dist 5.0% 08/01/25 | C | Interest | L | T | | | | | |
| 371. Glendora CA Sch Dist 4.000% 08/01/28 | C | Interest | M | T | Buy | 03/25/15 | M | | |
| 372. Gilead Sci Inc. | | None | N | T | Buy | 07/17/15 | K | | |
| 373. | | | | | Buy | 10/01/15 | K | | |
| 374. | | | | | Buy | 12/14/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Hemet CA Sch Dist. 4.0% 08/01/23 | C | Interest | M | T | | | | | |
| 376. Huntington Beach CA Pub Fing 5.0% 09/01/25 | C | Interest | M | T | | | | | |
| 377. Imperial CNTY CA Trans. 3.25% 06/01/23 | B | Interest | L | T | | | | | |
| 378. Incyte Corp | | None | M | T | | | | | |
| 379. Jefferson CA Sch Dist. 5.000% 08/01/26 | C | Interest | M | T | | | | | |
| 380. Jefferson CA Sch Dist 5.0% 07/15/26 | C | Interest | M | T | | | | | |
| 381. Lake Arrowhead CA Dist Wtr 4.500% 10/01/26 | C | Interest | L | T | | | | | |
| 382. Liberty CA High Sch 4.250% 08/01/26 | B | Interest | L | T | | | | | |
| 383. Lodi CA Elec Sys 4.5% 07/01/25 | C | Interest | L | T | | | | | |
| 384. Los Angeles CA Comm College 5.0% 08/01/26 | B | Interest | K | T | | | | | |
| 385. Los Angeles CA DWP 5.0% 07/01/26 | D | Interest | M | T | | | | | |
| 386. Los Angeles CA Sch Dist 4.75% 07/01/25 | C | Interest | M | T | | | | | |
| 387. Los Angeles CA Sch Dist 4.50% 07/01/22 | B | Interest | L | T | | | | | |
| 388. Madera Co CTFS 4.250% 08/01/22 | C | Interest | | | Redeemed | 10/19/15 | L | | |
| 389. Malibu CA CTFS 4.5% 07/01/27 | C | Interest | M | T | | | | | |
| 390. Mountain View CA High School 4.125% 08/01/16 | A | Interest | | | Redeemed | 02/23/15 | M | | |
| 391. Oxnard CA Fing Auth 4.750% 06/01/24 | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. Palmdale CA Redev Agy 3.800% 09/01/16 | D | Interest | M | T | | | | | |
| 393. Palm Desert CTFS 5.00% 04/01/22 | B | Interest | L | T | | | | | |
| 394. Palm Springs Sch Dist. 3.0% 08/01/27 | C | Interest | M | | | | | | |
| 395. Pasadena CA CTFS 5.0% 02/01/24 | C | Interest | M | T | | | | | |
| 396. Pasadena CA Elec Rev 4.0% 08/01/24 | B | Interest | L | T | | | | | |
| 397. Perris CA Sch Dist 5.000% 09/01/28 | B | Interest | K | T | Buy | 11/30/15 | K | | |
| 398. Placentia-Yorba LInda CA Sch Dist 2.75% 08/01/26 | C | Interest | L | T | | | | | |
| 399. Port Oakland CA Rev Ref 5.00% 11/01/21 | B | Interest | L | T | | | | | |
| 400. Redding CA Elec Sys. 5.0% 06/01/27 | B | Interest | K | T | | | | | |
| 401. Redlands CA Sch Dist. 5.000% 07/01/25 | D | Interest | M | T | | | | | |
| 402. Redondo Beach CA Sch Dist 4.0% 08/01/25 | C | Interest | M | T | | | | | |
| 403. Riverside CA Sewer Sys 5.000% 08/01/28 | C | Interest | M | T | Buy | 06/25/15 | M | | |
| 404. Rowland CA Sch Dist 3.000% 08/01/29 | A | Interest | M | T | Buy | 12/01/15 | M | | |
| 405. Ruckus Wireless Inc. | | None | J | T | Sold (part) | 05/27/15 | J | B | |
| 406. Sacramento CA CTFS 5.000% 12/01/21 | B | Interest | K | T | | | | | |
| 407. San Bernardino CA Comm College 5.000% 08/01/28 | A | Interest | M | T | Buy | 10/01/15 | M | | |
| 408. San Diego CA Conv. Cnt 5.0% 04/15/26 | D | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. San Diego PFFA 5.0% 10/15/25 | D | Interest | N | T | | | | | |
| 410. San Diego Co Wtr Auth 4.000% 05/01/20 | B | Interest | | | Redeemed | 05/01/15 | M | | |
| 411. San Diego CA Sch Dist 5.5% 07/01/24 | D | Interest | M | T | | | | | |
| 412. San Diego CNTY CA Regl Trans 5.0% 04/01/29 | D | Interest | M | T | | | | | |
| 413. San Francisco Comm College 5.000% 06/15/27 | C | Interest | M | T | Buy | 04/22/15 | M | | |
| 414. San Francisco CA Pub Util 5.0% 11/01/25 | C | Interest | M | T | | | | | |
| 415. San Francsico CA Pub Util 5.0% 11/01/26 | C | Interest | L | T | | | | | |
| 416. San Gabriel CA Sch Dist 5.25% 08/01/24 | D | Interest | M | T | | | | | |
| 417. San Juan CA Sch Dist 5.0% 08/01/25 | C | Interest | L | T | | | | | |
| 418. San Leandro CA Sch Dist 4.5% 08/01/26 | C | Interest | L | T | | | | | |
| 419. Santa Clara CA Sch Dist 3.000% 07/01/28 | A | Interest | M | R | Buy | 05/26/15 | M | | |
| 420. Santa Cruz Co CTFS 3.875% 08/01/16 | D | Interest | M | T | | | | | |
| 421. Santa Cruz Co CTFS 4.200% 08/01/19 | C | Interest | L | T | | | | | |
| 422. Santa Rosa CA Wtr Rev 5.0% 09/01/26 | D | Interest | M | T | | | | | |
| 423. Seattle Genetics | | None | M | T | Buy | 07/17/15 | J | | |
| 424. SCIVAC Therapeutics | | None | J | T | Buy | 04/29/15 | J | | |
| 425. | | | | | Buy | 07/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. Sonoma CA Comm Dev 5.00% 06/01/29 | A | Interest | M | T | Buy | 12/01/15 | M | | |
| 427. So Cal Logistics 4.125% 12/01/20 | C | Interest | L | T | | | | | |
| 428. So CA Pub Pwr Auth 5.150% 07/01/15 | C | Interest | | | Redeemed | 07/01/15 | M | | |
| 429. Stockton CA Sch Dist 5.000% 08/01/27 | C | Interest | M | T | | | | | |
| 430. The Pantry common stock | | None | | | Sold | 03/17/15 | M | E | |
| 431. Western Riverside WTR 4.250% 09/01/21 | C | Interest | L | T | | | | | |
| 432. Yountville CA Fin Auth 4.375% 10/01/24 | B | Interest | L | T | | | | | |
| 433. Yosemite CA Comm. College 5.0% 08/01/25 | C | Interest | M | T | | | | | |
| 434. Yosemite CA Comm College 5.000% 08/01/29 | A | Interest | L | T | Buy | 09/09/15 | L | | |
| 435. MS Bank Deposit | A | Interest | J | T | | | | | |
| 436. FS Equity Partners IV | | | | | | | | | |
| 437. Sur La Table | | None | M | U | | | | | |
| 438. Ross-Simmons | | None | M | U | | | | | |
| 439. FS Equity Partners V | | | | | | | | | |
| 440. H.H. Gregg Inc common stock | | None | N | U | | | | | |
| 441. Smile Brands Inc common stock | | None | N | U | | | | | |
| 442. PETCO Animal Supply common stock | | None | N | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. El Pollo Loco Inc common stock | | None | N | U | Sold (part) | 05/19/15 | M | F | |
| 444. FS Equity Partners VI | | | | | | | | | |
| 445. Paradise Holdings common stock | G | Dividend | | | Sold | 10/22/15 | P1 | H1 | |
| 446. Floor and Decor common stock | G | Dividend | O | U | | | | | |
| 447. Boot Barn common stock | G | Dividend | N | U | Sold (part) | 02/25/15 | P1 | H1 | |
| 448. First Watch common stock | | None | N | U | Buy | 05/27/15 | L | | |
| 449. MicroStar common stock | G | Dividend | O | U | | | | | |
| 450. Arhous common stock | | None | O | U | | | | | |
| 451. totes Isotoner Holdings Corp. common stock | | None | O | U | | | | | |
| 452. FS Equity Partners VII | | | | | | | | | |
| 453. totes Isotoner Holdings Corp common stock | | None | M | U | | | | | |
| 454. Plantation Products, LLC | | None | O | U | | | | | |
| 455. Regent Holding Company | | None | N | U | Buy | 10/30/15 | N | | |
| 456. Riordan Venture Association | | | | | | | | | |
| 457. TW Holdings common stock | | None | J | U | | | | | |
| 458. Avella, Inc. preferred stock | | None | J | U | | | | | |
| 459. ONE Industries common stock | | None | | | Sold | 06/17/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 31 of 42

Name of Person Reporting

Wardlaw, Kim M.

Date of Report

08/09/2016

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Bluewolf Group LLC | | None | K | U | | | | | |
| 461. Siteworx | | None | J | U | | | | | |
| 462. Chartis Group | | None | J | U | | | | | |
| 463. RGM Group | | None | J | U | | | | | |
| 464. Patient Care America (formerly DCRX Infusion) | | None | J | U | | | | | |
| 465. Clarity Solution Group | | None | L | U | | | | | |
| 466. Inspirage LLC | | None | K | U | | | | | |
| 467. Bistro 45 common stock | A | Dividend | J | U | | | | | |
| 468. MS Retire Accts (401k-profit) | | | | | | | | | |
| 469. Invesco Pacific Growth Fund | C | Dividend | M | T | | | | | |
| 470. MSDW Liquid Asset Account Trust Fund | A | Dividend | K | T | | | | | |
| 471. HP Inc (formerly Hewlett Packard) common stock | A | Dividend | J | T | | | | | |
| 472. Proctor & Gamble common stock | C | Dividend | M | T | | | | | |
| 473. Altria Group common stock | B | Dividend | K | T | | | | | |
| 474. Cisco Sys common stock | B | Dividend | K | T | | | | | |
| 475. Kraft Foods Inc common stock | A | Dividend | J | T | | | | | |
| 476. Mondelez Int'l common stock | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 42

Name of Person Reporting

Wardlaw, Kim M.

Date of Report

08/09/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 477. Philip Morris | B | Dividend | K | T | | | | | |
| 478. Gilead Science | B | Dividend | L | T | Buy | 02/17/15 | L | | |
| 479. Hewlett Packard Enterprise | A | Dividend | J | T | Spinoff (from line 471) | 11/02/15 | J | | from HP Inc. |
| 480. Invesco Div. Growth Fund | C | Dividend | O | T | | | | | |
| 481. American Funds New World Fund | B | Dividend | O | T | | | | | |
| 482. Trust #3 (M/S UTM-K) | | | | | | | | | |
| 483. General Elec Comm Stock | A | Dividend | J | T | | | | | |
| 484. American Funds New World Fund | A | Dividend | J | T | | | | | |
| 485. Trust #4 (IR-W) | | | | | | | | | |
| 486. SSGA US GOV MONEY MARKET FUND | | None | J | T | | | | | |
| 487. AMERICAN FUNDS CAPITAL INCOME BUILDING | C | Dividend | M | T | | | | | |
| 488. AMERICAN FUNDS CAPITAL WORLD GROWTH & INCOME FD | D | Dividend | N | T | | | | | |
| 489. AMERICAN FUNDS EUROPACIFIC GROWTH FUND | B | Dividend | L | T | | | | | |
| 490. AMERICAN FUNDS FUNDAMENTAL INVESTORS | D | Dividend | N | T | Sold (part) | 07/30/15 | J | A | |
| 491. | | | | | Sold (part) | 10/29/15 | J | A | |
| 492. AMERICAN FUNDS GROWTH FUND OF AMERICA | C | Dividend | N | T | Sold (part) | 01/29/15 | J | A | |
| 493. | | | | | Sold (part) | 04/30/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 42

**Name of Person Reporting**

Wardlaw, Kim M.

**Date of Report**

08/09/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. | | | | | Sold (part) | 07/14/15 | J | A | |
| 495. | | | | | Sold (part) | 07/20/15 | J | A | |
| 496. AMERICAN FUNDS NEW PERSPECTIVE FUND | C | Dividend | N | T | | | | | |
| 497. AMERICAN FUNDS NEW WORLD FUND | C | Dividend | N | T | | | | | |
| 498. AMERICAN FUNDS SMALL CAP WORLD FUND | | None | M | T | | | | | |
| 499. CAPITAL GROUP CA CORE MUNICIPAL FUND | D | Dividend | N | T | | | | | |
| 500. CAPITAL GROUP CORE MUNICIPAL FUND | C | Dividend | M | T | | | | | |
| 501. CAPITAL GROUP ALTERNATIVE STRATEGIES FUND, LP | | None | O | T | | | | | |
| 502. HARBOURVEST 2015 GLOBAL FUND L.P. | | None | J | T | Buy | 07/21/15 | J | | |
| 503. | | | | | Buy | 07/30/15 | J | | |
| 504. Trust #5 (IR-K) | | | | | | | | | |
| 505. SSGA US GOV MONEY MARKET FUND | | None | J | T | | | | | |
| 506. AMERICAN FUNDS CAPITAL INCOME BUILDER | C | Dividend | N | T | | | | | |
| 507. AMERICAN FUNDS CAPITAL WORLD GROWTH & INCOME FD | D | Dividend | N | T | | | | | |
| 508. AMERICAN FUNDS EUROPACIFIC GROWTH FUND | B | Dividend | L | T | | | | | |
| 509. AMERICAN FUNDS FUNDAMENTAL INVESTORS | D | Dividend | N | T | Sold (part) | 07/30/15 | J | A | |
| 510. | | | | | Sold (part) | 10/29/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 34 of 42

Name of Person Reporting

Wardlaw, Kim M.

Date of Report

08/09/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. AMERICAN FUNDS GROWTH FUND OF AMERICA | C | Dividend | N | T | Sold (part) | 01/29/15 | J | A | |
| 512. | | | | | Sold (part) | 04/30/15 | J | A | |
| 513. | | | | | Sold (part) | 07/14/15 | J | A | |
| 514. | | | | | Sold (part) | 07/20/15 | J | A | |
| 515. AMERICAN FUNDS NEW PERSPECTIVE FUND | C | Dividend | N | T | | | | | |
| 516. AMERICAN FUNDS NEW WORLD FUND | C | Dividend | N | T | | | | | |
| 517. AMERICAN FUNDS SMALLCAP WORLD FUND | | None | M | T | | | | | |
| 518. CAPITAL GROUP CA CORE MUNICIPAL FUND | D | Dividend | N | T | | | | | |
| 519. CAPITAL GROUP CORE MUNICIPAL FUND | C | Dividend | M | T | | | | | |
| 520. CAPITAL GROUP ALTERNATIVE STRATEGIES FUND, LP | | None | O | T | | | | | |
| 521. HARBOURVEST 2015 GLOBAL FUND L.P. | | None | J | T | Buy | 07/21/15 | J | | |
| 522. | | | | | Buy | 07/30/15 | J | | |
| 523. Trust #6 (98-W) | | | | | | | | | |
| 524. Invesco Divident Growth | A | Dividend | K | T | | | | | |
| 525. American Funds New World Fund | B | Dividend | N | T | | | | | |
| 526. Incyte Corp | | None | K | T | | | | | |
| 527. Seattle Genetics Inc | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 42

Name of Person Reporting

Wardlaw, Kim M.

Date of Report

08/09/2016

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 528. MSDW Active Money Trust | A | Dividend | J | T | | | | | |
| 529. HH Gregg Inc common stock | | None | J | U | | | | | |
| 530. Smile Brands common stock | | None | J | U | | | | | |
| 531. PETCO Animal Supply common stock | | None | J | U | | | | | |
| 532. El Pollo Loco common stock | | None | J | U | Sold (part) | 05/19/15 | J | C | |
| 533. AMERICAN FUNDS CAPITAL INCOME BUILDER | D | Dividend | N | T | Buy | 12/07/15 | J | | |
| 534. SSGA US GOV MONEY MARKET FUND | | None | J | T | | | | | |
| 535. HARBOURVEST 2015 GLOBAL FUND L.P. | | None | J | T | Buy | 07/21/15 | | | |
| 536. | | | | | Buy | 07/30/15 | | | |
| 537. CAPITAL GROUP ALTERNATIVE STRATEGIES FUND | | None | O | T | | | | | |
| 538. AMERICAN FUNDS NEW WORLD FUND | C | Dividend | N | T | Buy | 12/07/15 | J | | |
| 539. AMERICAN FUNDS FUNDAMENTAL INVESTORS | D | Dividend | O | T | Sold (part) | 01/29/15 | | A | |
| 540. | | | | | Sold (part) | 04/30/15 | | A | |
| 541. | | | | | Sold (part) | 07/30/15 | | A | |
| 542. | | | | | Sold (part) | 10/29/15 | | A | |
| 543. AMERICAN FUNDS NEW PERSPECTIVE FUND | C | Dividend | N | T | Sold (part) | 07/14/15 | J | A | |
| 544. | | | | | Sold (part) | 07/20/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. AMERICAN FUNDS EUROPACIFIC GROWTH FUND C | C | Dividend | M | T | | | | | |
| 546. CAPITAL GROUP CA CORE MUNICIPAL FUND | D | Dividend | N | T | | | | | |
| 547. AMERICAN FUNDS GROWTH FUND OF AMERICA | C | Dividend | O | T | | | | | |
| 548. CAPITAL GROUP CORE MUNICIPAL FUND | C | Dividend | M | T | | | | | |
| 549. AMERICAN FUNDS SMALLCAP WORLD FUND | | None | L | T | | | | | |
| 550. AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA | D | Dividend | N | T | | | | | |
| 551. Trust #7 (98-K) | | | | | | | | | |
| 552. Invesco Divident Growth | A | Dividend | K | T | | | | | |
| 553. American Funds New World Fund | B | Dividend | N | T | | | | | |
| 554. Incyte Corp | | None | K | T | | | | | |
| 555. Seattle Genetics | | None | K | T | | | | | |
| 556. MSDW Active Money Trust | A | Dividend | J | T | | | | | |
| 557. HH Gregg Inc common stock | | None | J | U | | | | | |
| 558. Smile Brands common stock | | None | J | U | | | | | |
| 559. PETCO Animal Supply common stock | | None | J | U | | | | | |
| 560. El Pollo Loco common stock | | None | J | U | Sold (part) | 05/19/15 | J | C | |
| 561. HARBOUVEST 2015 GLOBAL FUND L.P. | | None | J | T | Buy | 07/21/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 42

Name of Person Reporting

Wardlaw, Kim M.

Date of Report

08/09/2016

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Buy | 07/30/15 | J | | |
| 563. AMERICAN FUNDS CAPITAL INCOME BUILDER | D | Dividend | N | T | Buy | 12/07/15 | J | | |
| 564. AMERICAN FUNDS EUROPACIFIC GROWTH FUND | C | Dividend | M | T | | | | | |
| 565. AMERICAN FUNDS NEW WORLD FUND | C | Dividend | N | T | Buy | 12/07/15 | J | | |
| 566. AMERICAN FUNDS NEW PERSPECTIVE FUND | C | Dividend | N | T | Sold (part) | 07/14/15 | J | A | |
| 567. | | | | | Sold (part) | 07/20/15 | J | A | |
| 568. AMERICAN FUNDS FUNDAMENTAL INVESTORS | D | Dividend | O | T | Sold (part) | 01/29/15 | J | A | |
| 569. | | | | | Sold (part) | 04/30/15 | J | A | |
| 570. | | | | | Sold (part) | 07/30/15 | J | A | |
| 571. | | | | | Sold (part) | 10/29/15 | J | A | |
| 572. AMERICAN FUNDS GROWTH FUND OF AMERICA | C | Dividend | O | T | | | | | |
| 573. AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA | D | Dividend | N | T | | | | | |
| 574. CAPITAL GROUP CA CORE MUNICIPAL FUND | D | Dividend | N | T | | | | | |
| 575. CAPITAL GROUP CORE MUNICIPAL FUND | C | Dividend | M | T | | | | | |
| 576. AMERICAN FUNDS SMALLCAP WORLD FUND | | None | L | T | | | | | |
| 577. SSGA US GOV MONEY MARKET FUND | | None | J | T | | | | | |
| 578. CAPITAL GROUP ALTERNATIVE STRATEGIES FUND, LP | | None | O | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 579. Real Estate Partnership - Lau | | None | M | U | Buy | 02/18/15 | K | | |
| 580. | | | | | Buy | 07/10/15 | K | | |
| 581. | | | | | Buy | 09/18/15 | K | | |
| 582. Real Estate Partnership - Lau W | | None | M | U | Buy | 10/30/15 | K | | |
| 583. | | | | | Buy | 12/15/15 | J | | |
| 584. Citibank Money Market Fund | C | Interest | O | T | | | | | |
| 585. Citibank Checking | A | Interest | N | T | | | | | |
| 586. Citibank Checking | A | Interest | L | T | | | | | |
| 587. Fargo Investment Partnership | | None | M | U | | | | | |
| 588. JRK Multifamily LP | | None | O | U | Buy | 12/18/15 | K | | |
| 589. Urban Housing Investment Fund | | None | L | U | Sold (part) | 05/26/15 | K | E | |
| 590. JP Morgan Account | | | | | | | | | |
| 591. Bluebay Emerging Market Fund | | None | | | Redeemed | 01/25/15 | O | | |
| 592. Gavea Fund | | None | | | Redeemed | 04/13/15 | L | | |
| 593. Global Access Explorer Fund | | None | | | Redeemed | 06/18/15 | L | | |
| 594. Maverick Fund | | None | J | T | Redeemed (part) | 02/09/15 | O | E | |
| 595. York Credit Opportunity Fund | D | Interest | | | Redeemed | 04/15/15 | P1 | F | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Wardlaw, Kim M. | 08/09/2016 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. Blackstone Real Estate Fund | D | Interest | L | T | Redeemed (part) | 08/03/15 | O | E | |
| 597. Soc. Generale Lev Cont Bank 01/14/15 | | None | | | Redeemed | 01/18/15 | L | | |
| 598. Shannon River Partners | | None | K | T | Redeemed (part) | 03/06/15 | N | E | |
| 599. Goldman Sachs Group European Note | | None | | | Redeemed | 12/17/15 | L | | |
| 600. Third Point Partners | | None | | | Redeemed | 10/15/15 | O | A | |
| 601. Citi Acct | | | | | | | | | |
| 602. Alvord CA 5R Dist 5.0% 08/01/27 | D | Interest | N | T | | | | | |
| 603. Cal ST GO 4.5% 08/01/26 | E | Interest | N | T | | | | | |
| 604. Cal ST Pub Works 4.0% 06/01/27 | D | Interest | N | T | | | | | |
| 605. Fresno CA Sch Dist 5.25% 08/01/27 | D | Interest | M | T | | | | | |
| 606. Fresno CA Sch Dist 3.5% 08/01/26 | C | Interest | M | T | | | | | |
| 607. Gilroy CA Fing Auth 4.0% 11/01/24 | D | Interest | M | T | | | | | |
| 608. Hollister CA Find Auth 5.0% 06/01/25 | C | Interest | L | T | | | | | |
| 609. Kern Cnty CA Wtr Dist. 5.0% 05/01/28 | D | Interest | M | T | | | | | |
| 610. Oceanside CA Sch Dist 4.5% 08/01/28 | D | Interest | M | T | | | | | |
| 611. Redwood City CA Sch Dist 3.0% 08/01/26 | C | Interest | M | T | | | | | |
| 612. San Luis Obispo CA CAP IMPR 4.0% 12/01/27 | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613.  Santa Clara CA Sch Dist 3.5% 07/01/24 | D | Interest | M | T | | | | | |
| 614.  Stockton CA Sch Dist 5.0% 08/01/24 | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/09/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kim M. Wardlaw**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544